**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **COLUMBIA INSURANCE COMPANY**, *et al.*, | **Case No.: 4:23-CV-02432-YGR** |
| Plaintiffs, | **PRETRIAL SCHEDULING ORDER** |
| vs. | |
| **SIMPSON STRONG-TIE COMPANY INC.**, | |
| Defendant. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has reviewed the parties joint case management conference statements and **ORDERS** the schedule set forth below. The case management conference scheduled for Monday, August 21, 2023 is **VACATED**.

| Event | Deadline |
|---|---|
| **(1)** Party claiming infringement must serve:<br>• Disclosures of Asserted Claims and Infringement Contentions (Patent L.R. 3-1)<br>• Document Production Accompanying Disclosures (Patent L.R. 3-2) | 09/05/2023 |
| **(2)** Last date to seek leave to add any new parties or pleading amendments | 08/28/2023 |

| Event | Deadline |
|---|---|
| **(3)** Party opposing claim of infringement must serve:<br>• Invalidity Contentions (Patent L.R. 3-3)<br>• Document Production Accompanying Invalidity Contentions (Patent L.R. 3-4) | 10/20/2023 |
| **(4)** Exchange of Proposed Terms for Construction (Patent L.R. 4-1) | 11/03/2023 |
| **(5)** Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | 11/27/2023 |
| **(6)** File Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | 12/19/2023 |
| **(7)** Complete all Claim Construction Discovery (Patent L.R. 4-4) | 01/18/2024 |
| **(8)** Patentee to File Opening Claim Construction Brief and any supporting evidence due (Patent L.R. 4-5(a)) | 02/02/2024 |
| **(9)** Accused Infringer to File Responsive Claim Construction Brief and any supporting evidence due (Patent L.R. 4-5(b)) | 02/16/2024 |
| **(10)** Patentee to File Reply Claim Construction Brief and any evidence directly rebutting the supporting evidence contained in Response (Patent L.R. 4-5(c)) | 02/23/2024 |
| Tutorial | 03/01/2024 at 9:00 a.m. |

| Event | Deadline |
|---|---|
| Claim Construction Hearing (Patent L.R. 4-6) | 03/15/2024 at 9:00 a.m. |

The Court **FURTHER ORDERS** that the parties supplement the process of identifying the claims terms to be construed.  For each claim term in dispute, each party shall identify with specificity the intended impact of the proposed constructions on the merits of the case and exchange the same.  The Joint Claim Construction Statement shall include each party's impact statement for each claim to be construed.

Parties shall comply with this Court's standing orders and shall be attentive to those provisions related to patent cases, experts, and summary judgment practice.

**IT IS SO ORDERED.**

Dated:  August 17, 2023



**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**